FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THUNDERBYRD<br><br>　　　　　Defendant. | Case No: PO-12-002-CI<br><br>~~PROPOSED~~<br>PRE-TRIAL DIVERSION ORDER |

Upon consideration of the parties' Pre-Trial Diversion Agreement, and being fully advised of the facts and circumstances of this case, the Court finds Defendant has agreed to comply with the terms and conditions of the Pre-Trial Diversion Agreement; that the Court finds Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting pre-trial diversion; that Defendant's statements were made knowingly and voluntarily; and that Defendant has knowingly and intelligently waived her Constitutional and statutory rights to a speedy trial, to question those witnesses against her, to call witnesses on her behalf, and to present evidence or a defense at trial.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Defendant is accepted for pre-trial diversion;

Plea Agreement - 7

2. Defendant shall comply with all the terms and conditions as set forth in the Pre-Trial Diversion Agreement;

3. If the Court finds that Defendant violated any term of the Pre-trial diversion Agreement, the Court may enter judgment pursuant to the procedures outlines in the agreement.

4. Defendant shall not be supervised by the United States Probation Office during the diversion period.

*The Clerk of Court is directed to accept the $150.00 collateral forfeiture amount.*

_____  08-10-2012
Hon. Cynthia Imbrogno         Date
United States Magistrate Judge

Plea Agreement - 8